IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

HOWARD ROBINSON,

    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:24-cv-00096

Judge Jorge L. Alonso

Magistrate Judge Heather K. McShain

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 197 | D.S.X.Y. |
| 144 | Gopaka |
| 115 | Gansu Shuangfu Car Rental Service Co., Ltd. |
| 33 | NTL Craft Store |
| 89 | PBYFC |
| 11 | HomeTrading-US |
| 12 | CUTEBAGS-US |
| 15 | Qzqk |
| 137 | Beleco |
| 117 | jilin1 |
| 139 | OUYIDA |
| 111 | MNSRUU Life |
| 145 | Yochoice |
| 193 | Aicassoer |
| 124 | Bimkole |
| 181 | cmbktolife |
| 183 | huaiyinquguanyinyueriyongpinbaihuodian |
| 189 | Yestory |
| 142 | WOOR |
| 41 | LEKODE |
| 154 | GAOSH STORE |

| | |
|---|---|
| 155 | ZHBO STORE |
| 158 | HJXH STORE |
| 78 | HommomHCurtain |
| 39 | xiang li shang mao |
| 58 | yuanzhououwuxuebaihuodian |
| 60 | paramete |
| 64 | Youjia Shop |
| 133 | haikoumeilancancanya |
| 35 | Nguyen Thanh Long 1 |
| 180 | CHIFIGNO |
| 46 | Fuortia |
| 86 | MPNVYU SHEETS -US |
| 87 | zhongraoshangmao |
| 93 | pansenfangzipin |
| 140 | chiyunfeikeji |
| 6 | Baiouyuan |
| 23 | 365LIVEYG |
| 4 | DEWCS |
| 7 | Unicey |
| 13 | Anna Cowper |
| 14 | lulaprooits |
| 24 | MeiRongSen |
| 25 | Lyetny |
| 26 | yanlan1331 |
| 28 | chenlingyan008 |
| 31 | THBLNR |
| 100 | YCSJFCJJYXGS |
| 104 | HAVEIA |
| 105 | KFJVDDD |

DATED: February 19, 2024        Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on February 19, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

>    */s/ Keith A. Vogt*
>    Keith A. Vogt